UNITED STATES DISTRICT COURT
for the
District of South Carolina

Thomas Raymond Firriolo,
*Plaintiff*
v.                                Civil Action No.   3:17-cv-03319-DCC

(S.L.E.D.) South Carolina Law Enforcement Division, State of South Carolina, Employees, et. al.; Lieutenant Elizabeth Corley, (S.L.E.D.), South Carolina Law Enforcement Division, State of South Carolina; Mark A. Keel, Chief of (S.L.E.D.), Law Enforement Divison, State of South Carolina; Paul Grant, Assistant Chief, South Carolina Law Enforcement Division, State of South Carolina; City of Greenville, Employees; Mr. Brad Rice; Mr. Jeff Bowen; Mr. Gary Fenell; Ms. Jodie Dudash; Mr. Bobbie Skinner; Ms. Cyntha Vilardo; Ms. Tommy, of Greenville Cares (Jane Doe),
*Defendant*s

)
)
)
)
)

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Thomas Raymond Firriolo, shall take nothing of the defendants (S.L.E.D.) South Carolina Law Enforcement Division, Lieutenant Elizabeth Corley, Mark A. Keel, Paul Grant, City of Greenville, Mr. Brad Rice, Mr. Jeff Bowen, Mr. Gary Fenell, Ms. Jodie Dudash, Mr. Bobbie Skinner, Ms. Cyntha Vilardo, and Ms. Tommy, from the complaint filed pursuant to 42 U.S.C. § 1983 and this action is dismissed without prejudice.

This action was *(check one)*:

■ decided by the Honorable Donald C. Coggins, Jr., United States District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Paige J. Gossett, United States Magistrate Judge, which recommended dismissing the complaint without prejudice.

Date:   April 18, 2018                              *ROBIN L. BLUME, CLERK OF COURT*

                                                    _____
                                                    *Signature of Clerk or Deputy Clerk*