In the United States District Court for the District of South Carolina Columbia Division:

Case No. 317-3319-D.C.C, Jr.:

Honorable District Court Judge Donald C. Coggins Jr. Presiding:

Ms. Mary Woodruff sister of July Jarrod Watkins; together; are together with Lewis Randy Jerome; Together continues on, at 11 ADDIE COURT; about (30) thirty feet from my home place half contined to Plot together threatening the Life of your Plaintiff; as he Continues on as your Plaintiff before the Court's:

Ms Mary Woodruff to be Defendant:

Clerk of Court Please Clock and Court file; Thank you:
pages:

Thomas Weymon (Scuisle
Plaintiff
11 ADDIE COURT approximately 25/30 contening on to be threated by this family of Court Defendants; together; on going:
page one End's plus two pages:

Service of Process by:
176492-0001



# Greenville County Sheriff's Office
## Civil Division
601 E. McBee Ave., Suite 101
Greenville, South Carolina 29601
Phone (864) 282-0008   Fax (864) 235-9171

RECEIVED
2020 MAR 27  PM 3:44

Court Date: _____



**Party Requesting Service:**

THOMAS R. FIRRIOLO
Attn: Thomas R Firriolo
11 Addie Ct.
Greenville, SC 29605

**AFFIDAVIT OF SERVICE**

**In re:**                                      Case No: 18-CV-00096-DCC-DUH-J.

**Name of Deputy:** Ronnie M. Pettit, undersigned, being duly sworn, deposes and says that at time of service, s/he was over the age of twenty-one, was not a party to this action;

**Date/Time of Service** that on 26-Feb-2020 08:50 am

**Place of Service:** at 6 Addie Ct., City of Greenville, State of SC

**Documents Served:** the undersigned served the documents described as:
Motion

**Service of Process on, Person Served, and Method of Service:** A true and correct copy of the aforesaid document(s) was served on: Irby Jarrard Watkins
By delivering them into the hands of Mary Woodruff, a person of suitable age and discretion residing at the Place of Service, whose relationship to the person to be served is Sister.

**Signature of Deputy:** Subscribed and sworn to before me this 28th day of February, 2020.

_Linda O. Laws_
Notary Public for South Carolina
My Commission Expires: 1-17-23

Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Ronnie M. Pettit_
Ronnie M. Pettit

Service of Process by:
**175225-0001**



# Greenville County Sheriff's Office
## Civil Division
601 E. McBee Ave., Suite 101
Greenville, South Carolina 29601
Phone (864) 282-0008   Fax (864) 235-9171

RECEIVED
SC CLERK GREENVILLE, SC
2020 MAR 27 PM 3:44



**Court Date:** _____

**Party Requesting Service:**

THOMAS R. FIRRIOLO
Attn: Thomas R Firriolo
11 Addie Ct.
Greenville, SC 29605

## AFFIDAVIT OF SERVICE
### Mary Woodruff

**In re:** )
)
)
)
)     **Case No:** 6:18-cv-00096-DCC-SVH-J
)
)
)

**Name of Deputy:** Linda D. Laws, undersigned, being duly sworn, deposes and says that at time of service, s/he was over the age of twenty-one, was not a party to this action;

**Date/Time of Service:** that on 23-Dec-2019 10:36 am

**Place of Service:** at 601 E. McBee Ave., Suite 101, City of Greenville, State of SC

**Documents Served:** the undersigned served the documents described as:
Un-named document addressed to Defendant Mary Woodruff

Attachment(s)

**Service of Process on, Person Served, and Method of Service:** A true and correct copy of the aforesaid document(s) was served on:
Mary Woodruff

By personally delivering them into the hands of same.

**Signature of Deputy:** Subscribed and sworn to before me this ____ day of **December, 2019**.

Notary Public for South Carolina
My Commission Expires: 7/21/24

Undersigned declares under penalty of perjury that the foregoing is true and correct.

Linda D. Laws